| | |
|---|---|
| **STEVE SNYDER-HILL, et al.**, | On Appeal from the U.S. District Court Southern District of Ohio, Columbus |
| *Plaintiffs-Appellants*, | CASE NO. 21-3981<br>Case Nos. 2:18-CV-00736; 2:21-CV-03838 |
| v. | |
| **THE OHIO STATE UNIVERSITY**, | **MOTION FOR LEAVE OF CHILD USA TO APPEAR AS *AMICUS CURIAE* AND FILE A BRIEF OPPOSING DEFENDANT'S PETITION FOR REHEARING EN BANC** |
| *Defendant-Appellee*. | |

CHILD USA respectfully submits this Motion for Leave to Appear as *Amicus Curiae* and File a Brief Opposing Defendant-Appellee's Petition for Rehearing En Banc, pursuant to Fed. R. App. Pro. 29 & 32.

As an organization dedicated to fighting for the civil rights of children and ensuring access to justice for victims of sexual abuse, CHILD USA has a strong interest in the outcome of this case as it directly bears on victims' ability to assert their rights under Title IX and to file civil claims if and when they are ready and able to do so.

CHILD USA leads the nation in studying and analyzing statutes of limitation (SOLs) through its Sean P. McIlmail Statutes of Limitations Research Institute. CHILD USA advocates for SOL reform and for the application of existing laws to reflect the science regarding the recognition and disclosure of sexual abuse. CHILD USA's proposed brief will assist this Court by providing an overview of the

evolution of the development of the discovery rule and by presenting a national overview of judicial application of the rule to federal claims, especially federal civil rights claims, including Title IX. The proposed amicus brief explains how the panel decision is consistent with the longstanding precedent regarding the scope and application of the discovery rule to such claims and why a broad reading of the rule serves the principles undergirding Title IX. Finally, the brief explains the harm that will be brought upon victims and the public should this Court grant Defendant-Appellee's petition. Therefore, CHILD USA respectfully requests that this motion be granted and that the proposed amicus brief attached hereto be accepted by this Court.

Respectfully submitted 18th day of October 2022,

/s/ Konrad Kircher
Konrad Kircher, Esq.
(0059249)
RITTGERS & RITTGERS
12 E. Warren Street
Lebanon, Ohio 45036
Tel: 513-932-2115
Konrad@rittgers.com

Counsel for *Amicus Curiae* CHILD USA

Marci A. Hamilton, Esq.
CEO, CHILD USA

3508 Market Street, Suite 202<br>
Philadelphia, PA 19104<br>
Tel: (215) 539-1906<br>
mhamilton@childusa.org<br>
<br>
Jessica Schidlow, Esq.<br>
Staff Attorney, CHILD USA<br>
jschidlow@childusa.org