| | |
|---|---|
| **STEVE SNYDER-HILL, et al.**, | On Appeal from the U.S. District Court Southern District of Ohio, Columbus |
| *Plaintiffs-Appellants*, | CASE NO. 21-3981<br>Case Nos. 2:18-CV-00736; 2:21-CV-03838 |
| v. | |
| **THE OHIO STATE UNIVERSITY**, | **MOTION TO WITHDRAW MOTION FOR LEAVE OF CHILD USA TO APPEAR AS *AMICUS CURIAE* (Doc. 89) AND FILE A BRIEF (Doc. 90) OPPOSING DEFENDANT'S PETITION FOR REHEARING EN BANC** |
| *Defendant-Appellee*. | |

CHILD USA respectfully moves to withdraw its Motion for Leave to Appear as *Amicus Curiae* (Doc. 89) and its proposed Amicus Brief (Doc. 90). CHILD USA no longer seeks to be heard on the current issues before the Court.

Respectfully submitted 19th day of October 2022,

                                                                                             __/s/ Konrad Kircher__
                                                                                                  Konrad Kircher, Esq.
                                                                                                        (0059249)
RITTGERS & RITTGERS
12 E. Warren Street
Lebanon, Ohio 45036
Tel: 513-932-2115
Konrad@rittgers.com

Counsel for *Amicus Curiae* CHILD USA

Marci A. Hamilton, Esq.
CEO, CHILD USA
3508 Market Street, Suite 202
Philadelphia, PA 19104

Tel: (215) 539-1906
mhamilton@childusa.org

Jessica Schidlow, Esq.
Staff Attorney, CHILD USA
jschidlow@childusa.org