Nos. 21-3981/3991

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Nov 1, 2022
DEBORAH S. HUNT, Clerk

STEVE SNYDER-HILL; RONALD MCDANIEL; DAVID MULVIN; WILLIAM BROWN; KURT HUNTSINGER; WILLIAM RIEFFER; STEVE HATCH; KELLY REED; MELVIN ROBINSON; DOUGLAS WELLS; JAMES KHALIL; JERROLD L. SOLOMON; JOSEPH BECHTEL; MICHAEL MURPHY; JOHN DAVID FALER; MATT MCCOY; GARY AVIS; ROBERT SCHRINER; MICHAEL MONTGOMERY; JOHN DOES 1–22, 25, 27, 29–37, 39–47, 49, 52, 54, 56–60, 62–64, and 66–77 (21-3981); TIMOTHY MOXLEY; RYAN CALLAHAN; JOHN JACKSON, JR.; JAMES CARROLL; JEFFREY ROHDE; PATRICK MURRAY; EVERETT ROSS; JOHN DOES 78–95 and 97–105 (21-3991),

    Plaintiffs-Appellants,

v.

THE OHIO STATE UNIVERSITY,

    Defendant-Appellee.

O R D E R

**BEFORE:** GUY, MOORE, and CLAY, Circuit Judges.

Upon consideration of the motion of Michigan State University, Bowling Green State University, Cleveland State University, Eastern Michigan University, Board of Regents of the University of Michigan, Oakland University and Purdue University for leave to file a brief as amici curiae in support of the petition for rehearing en banc,

It is ORDERED that the motion is GRANTED.

ENTERED BY ORDER OF THE COURT

**Deborah S. Hunt, Clerk**