Nos. 21-3981

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Nov 9, 2022
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| STEVE SNYDER-HILL; RONALD MCDANIEL; DAVID MULVIN; WILLIAM BROWN; KURT HUNTSINGER; WILLIAM RIEFFER; STEVE HATCH; KELLY REED; MELVIN ROBINSON; DOUGLAS WELLS; JAMES KHALIL; JERROLD L. SOLOMON; JOSEPH BECHTEL; MICHAEL MURPHY; JOHN DAVID FALER; MATT MCCOY; GARY AVIS; ROBERT SCHRINER; MICHAEL MONTGOMERY; JOHN DOES 1–22, 25, 27, 29–37, 39–47, 49, 52, 54, 56–60, 62–64, and 66–77 (21-3981); TIMOTHY MOXLEY; RYAN CALLAHAN; JOHN JACKSON, JR.; JAMES CARROLL; JEFFREY ROHDE; PATRICK MURRAY; EVERETT ROSS; JOHN DOES 78–95 and 97–105 (21-3991), <br><br>  Plaintiffs-Appellants, <br><br> v. <br><br> THE OHIO STATE UNIVERSITY, <br><br>  Defendant-Appellee. | A M E N D E D <br><br> O R D E R |

**BEFORE:** GUY, MOORE, and CLAY, Circuit Judges.

Upon consideration of the motion of Child USA to withdraw its motion for leave to file a brief as amicus curiae in opposition to the petition for rehearing en banc,

It is ORDERED that the motion to withdraw is GRANTED, and the motion to file an amicus brief is WITHDRAWN.

ENTERED BY ORDER OF THE COURT

**Deborah S. Hunt, Clerk**