**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: December 14, 2022

Mr. David John Barthel
Mr. Timothy Raymond Bricker
Mr. Michael Hiram Carpenter
Carpenter, Lipps & Leland
280 N. High Street, Suite 1300
Columbus, OH 43215

Ms. Marissa Benavides
Ms. Debra L. Greenberger
Mr. Ilann Margalit Maazel
Emery Celli Brinckerhoff Abady Ward & Maazel
600 Fifth Avenue, Tenth Floor
New York, NY 10020

Ms. Alexandra Zoe Brodsky
Ms. Adele P. Kimmel
Public Justice
1620 L. Street, N.W., Suite 630
Washington, DC 20036

Mr. Andrew J. Clopton
Mr. Stephen Joseph Cowen
Ms. Amanda Kelly Rice
Jones Day
150 W. Jefferson Avenue, Suite 2100
Detroit, MI 48226

Mr. Roger A. Cooper
Ms. Sarah Braude Gutman
Ms. Charity E. Lee
Mr. Mitchell A. Lowenthal
Cleary, Gottlieb, Steen & Hamilton
One Liberty Plaza
New York, NY 10006

Mr. James Patrick Davy
Law Office
P.O. Box 15216
Pennsylvania, PA 19125

Mr. Michael L. Dillard Jr.
Arnold Clifford
115 W. Main Street, Fourth Floor
Columbus, OH 43215

Mr. Konrad Kircher
Rittgers & Rittgers
12 E. Warren Street
Lebanon, OH 45036

Mr. David A. Lebowitz
Kaufman Lieb Lebowitz & Frick
18 E. 48th Street, Suite 802
New York, NY 10017

Mr. Seth Massey
Ms. Alexandra Rose
Ms. Caroline Zalka
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153

Mr. James Robert Saywell
Jones Day
901 Lakeside Avenue, E.
Cleveland, OH 44114

Ms. Arianna M. Scavetti
Weil, Gotshal & Manges
2001 M Street, N.W., Suite 600
Washington, DC 20005

Mr. Scott E. Smith
Scott Elliot Smith
5003 Horizons Drive, Suite 101
Columbus, OH 43220

Mr. Tad Thomas
Thomas Law Offices
9418 Norton Commons Boulevard, Suite 200
Louisville, KY 40059

Re: Case Nos. 21-3981/21-3991, *Snyder-Hill, et al. v. The Ohio State University*
Originating Case No. : 2:18-cv-00736

Dear Counsel,

The attached order designated for full-text publication was filed today in this case.

                                                            Yours very truly,

                                                            Deborah S. Hunt, Clerk


                                                            Laurie A Weitendorf, Opinions Deputy

cc: Mr. Richard W. Nagel

Enclosure