Case No. 21-3981/21-3991

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

STEVE SNYDER-HILL; RONALD MCDANIEL; DAVID MULVIN; WILLIAM BROWN; KURT HUNTSINGER; WILLIAM RIEFFER; STEVE HATCH; KELLY REED; MELVIN ROBINSON; DOUGLAS WELLS; JAMES KHALIL; JERROLD L. SOLOMON; JOSEPH BECHTEL; MICHAEL MURPHY; JOHN DAVID FALER; MATT MCCOY; GARY AVIS; ROBERT SCHRINER; MICHAEL MONTGOMERY; JOHN DOES, 1-22, 25, 27, 29-37, 39-47, 49, 52, 54, 56-60, 62-64, and 66-77

      Plaintiffs - Appellants

v.

THE OHIO STATE UNIVERSITY

      Defendant - Appellee

BEFORE: GUY, MOORE and CLAY, Circuit Judges.

Upon consideration of motion to stay mandate,

It is **ORDERED** that the mandate be stayed to allow The Ohio State University time to file a petition for a writ of certiorari, and thereafter until the Supreme Court disposes of the case, but shall promptly issue if the petition is not filed within ninety days from the date of final judgment by this court.

                                      **ENTERED BY ORDER OF THE COURT**
                                      Deborah S. Hunt, Clerk

Issued: December 22, 2022