# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| STEVE SNYDER-HILL, et al., | ) | Case No. 21-3981 |
| TIMOTHY MOXLEY, et al., | ) | Case No. 21-3991 |
| | ) | |
| Plaintiffs-Appellants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE OHIO STATE UNIVERSITY, | ) | |
| | ) | |
| Defendant-Appellee. | ) | |
| _____ | ) | |

## NOTICE OF DEFENDANT-APPELLEE
## THE OHIO STATE UNIVERSITY

Defendant-Appellee The Ohio State University respectfully provides notice that on this date, March 14, 2023, it filed a petition for a writ of certiorari in the Supreme Court of the United States for the above-captioned appeals. The Supreme Court case number is to be determined.

Respectfully submitted,

DAVE YOST
ATTORNEY GENERAL OF OHIO

By: /s/ Michael H. Carpenter
Michael H. Carpenter
Timothy R. Bricker
David J. Barthel
CARPENTER LIPPS AND LELAND LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
Tel:  (614) 365-4100
Fax: (614) 365-9145
E-mail:   carpenter@carpenterlipps.com
              bricker@carpenterlipps.com
              barthel@carpenterlipps.com

*Special Counsel for Defendant-Appellee
The Ohio State University*

## **PROOF OF SERVICE**

I hereby certify that on this 14th day of March 2023, this Notice of Defendant-Appellee The Ohio State University was uploaded to the Court's CM/ECF system, which will serve notice and copies of the filing via electronic mail upon all counsel of record for plaintiffs-appellants. Parties may access this filing through the Court's CM/ECF system.

/s/ Michael H. Carpenter
Michael H. Carpenter

*Special Counsel for Defendant-Appellee*
*The Ohio State University*
