

June 26, 2023

Deborah S. Hunt, Clerk
U.S. Court of Appeals for the Sixth Circuit
Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

    Re:    Case No. 21-3981, *Snyder Hill v. The Ohio State University*
            Case No. 21-3991, *Moxley v. The Ohio State University*

Dear Ms. Hunt,

On December 22, 2022, this Court stayed the mandate of the above-captioned cases pending resolution of The Ohio State University's petition for a writ of certiorari to the United States Supreme Court. *See* Order, ECF No. 100. As the third page of the attached order list reflects, the Supreme Court denied the University's petition today. Accordingly, per Sixth Circuit Rule 41(c), "the mandate shall issue immediately."

Respectfully submitted,

By: /s/ *Alexandra Z. Brodsky*

PUBLIC JUSTICE, P.C.
Adele P. Kimmel
Alexandra Z. Brodsky
1620 L Street NW, Suite 630
Washington, DC 20036
Phone: (202) 797-8600
Fax: (202) 232-7203
E-mail: akimmel@publicjustice.net
E-mail: abrodsky@publicjustice.net

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
Ilann M. Maazel
Debra L. Greenberger
600 Fifth Avenue, 10th Floor
New York, New York 10020
Phone: (212) 763-5000
Fax: (212) 763-5001
E-Mail: imaazel@ecbawm.com
E-Mail: dgreenberger@ecbawm.com

publicjustice.net     National Headquarters     West Coast Office
1620 L Street NW, Suite 630, Washington DC 20036     475 14th Street, Suite 610, Oakland, CA 94612
(202) 797-8600 phone • (202) 232-7203 fax     (510) 622-8150 phone

SCOTT ELLIOT SMITH, LPA
Scott E. Smith (0003749)
5003 Horizons Drive, Suite 100
Columbus, Ohio 43220
Phone: (614) 846-1700
Fax: (614) 486-4987
E-Mail: ses@sestriallaw.com

*Attorneys for Plaintiffs-Appellants*

publicjustice.net

National Headquarters
1620 L Street NW, Suite 630, Washington DC  20036
(202) 797-8600 phone • (202) 232-7203 fax

West Coast Office
475 14th Street, Suite 610, Oakland CA  94607
(510) 622-8150 phone