## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: June 26, 2023

Mr. Richard W. Nagel
Office of the Clerk
85 Marconi Boulevard
Suite 121
Columbus, OH 43215

Re: Case Nos. 21-3981/21-3991, *Steve Snyder-Hill, et al v. The Ohio State University*
Originating Case No. : 2:18-cv-00736

Dear Clerk,

Pursuant to the Supreme Court's summary disposition of the petition for a writ of certiorari filed today in these cases and this court's opinion and judgment filed 9/14/22, the mandate in these cases issues forthwith.

Sincerely yours,

s/Cathryn Lovely
Opinions Deputy

cc: Mr. David John Barthel
 Ms. Marissa Benavides
 Mr. Timothy Raymond Bricker
 Ms. Alexandra Zoe Brodsky
 Mr. Michael Hiram Carpenter
 Mr. Andrew J. Clopton
 Mr. Roger A. Cooper
 Mr. Stephen Joseph Cowen
 Mr. James Patrick Davy
 Mr. Michael L. Dillard Jr.
 Ms. Debra L. Greenberger
 Ms. Sarah Braude Gutman

Ms. Adele P. Kimmel
Mr. Konrad Kircher
Mr. David A. Lebowitz
Ms. Charity E. Lee
Mr. Mitchell A. Lowenthal
Mr. Ilann Margalit Maazel
Mr. Seth Massey
Ms. Amanda Kelly Rice
Ms. Alexandra Rose
Mr. James Robert Saywell
Ms. Arianna M. Scavetti
Mr. Scott E. Smith
Mr. Tad Thomas
Ms. Caroline Zalka

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

Nos: 21-3981/21-3991

_____

Filed: June 26, 2023

STEVE SNYDER-HILL; RONALD MCDANIEL; DAVID MULVIN; WILLIAM BROWN; KURT HUNTSINGER; WILLIAM RIEFFER; STEVE HATCH; KELLY REED; MELVIN ROBINSON; DOUGLAS WELLS; JAMES KHALIL; JERROLD L. SOLOMON; JOSEPH BECHTEL; MICHAEL MURPHY; JOHN DAVID FALER; MATT MCCOY; GARY AVIS; ROBERT SCHRINER; MICHAEL MONTGOMERY; JOHN DOES, 1-22, 25, 27, 29-37, 39-47, 49, 52, 54, 56-60, 62-64, and 66-77

      Plaintiffs - Appellants

v.

THE OHIO STATE UNIVERSITY

      Defendant - Appellee

## MANDATE

    Pursuant to the court's disposition that was filed 09/14/2022 the mandate for these cases hereby issues today.

 COSTS: None